IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NUMBER 4:14-CV-141-BO

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., BAUSCH & LOMB, INC., and BAUSCH & LOMB PHARMA HOLDINGS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> METRICS, INC., COASTAL PHARMACEUTICALS, INC., MAYNE PHARMA GROUP LIMITED, and MAYNE PHARMA (USA), INC., <br><br> Defendants. | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS** |

This matter is before the Court on the parties' joint motion to stay proceedings. There is good cause to stay proceedings in this case. In the exercise of the Court's discretion, the motion is GRANTED, and all proceedings in this matter are stayed. Plaintiffs and Defendants are ordered to file a status report with the Court within fourteen days of the decision on Defendants' motion to dismiss pending in the District of New Jersey.

This the __ day of October, 2014.

Terrence W. Boyle
United States District Judge